**Appeal Ordered Withdrawn and Opinion issued April 26, 2000**





In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-00-00497-CR
No. 05-00-00498-CR
No. 05-00-00499-CR

**BENJAMIN DOUGLAS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MB98-38071, MB98-56842 & MB98-56843

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-00-00497-CR    Date Filed: 03/28/2000

Style:  Douglas, Benjamin
        v.
        The State of Texas

Trial Judge:           Barker, Phil
Trial Court Reporter:      Phillips, Trisha
Trial Court:           COUNTY CRIMINAL COURT NO 6  Trial County:        DALLAS

---

STA   William T. (Bill) Hill, Jr.
      ATT 009669000
      ATTN:  APPELLATE SECTION
      Frank Crowley Courts Bldg., 10th FL
      133 N. Industrial Blvd. LB 19
      Dallas, TX 75207
      Phone 214/653-3845
      Fax

 BENJAMIN DOUGLAS
BN #00002818
500 COMMERCE STREET
DALLAS  TX 75202